# In the United States Court of Federal Claims

**No. 06-915L**

**CHEYENNE RIVER SIOUX TRIBE**

**v.**

**THE UNITED STATES**

**NOTICE OF RE-ASSIGNMENT TO:**

**ADR Judge Marian Blank. Horn**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**s/Brian Bishop**
**Brian Bishop, Clerk of the Court**