# In the United States Court of Federal Claims

**No. 06-915L**
**(Filed: February 22, 2007)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CHEYENNE RIVER SIOUX TRIBE,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion for a temporary stay of litigation in the above-captioned case so that the parties may continue settlement discussions is **GRANTED**. Accordingly, the case is **STAYED** until **Friday, June 29, 2007** at which time the parties shall file a joint status report, including a proposal for the next steps in this litigation.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge