# In the United States Court of Federal Claims

**No. 06-915L**
**(Filed: July 2, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **CHEYENNE RIVER** | * |
| **SIOUX TRIBE,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The parties' joint motion, filed June 29, 2007, for a six month enlargement of the temporary stay of litigation in the above-captioned case so that the parties may continue settlement discussions is **GRANTED**. Accordingly, the case is **STAYED** until **Wednesday, December 26, 2007**. Unless significant progress is made towards a final resolution the parties should be prepared to move forward with this litigation at the conclusion of the temporary stay.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge