IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:06cv00915L<br>Judge Nancy B. Firestone |

**NOTICE OF FILING CORRECTED PROPOSED ORDER**

On December 21, 2007, the parties filed their joint motion for extension of temporary stay of litigation, supporting joint status report, and proposed order in this case. Docket (Dkt.) #16. The proposed order contained certain inadvertent, typographical errors. Defendant hereby submits the corrected version of the proposed order. Defendant regrets any inconvenience to the Court as a result of the inadvertent errors.

Respectfully submitted this 31st day of December, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

*s/ Jennifer L. Allaire*
JENNIFER L. ALLAIRE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division

P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
1849 C. Street, N.W.
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20240