# In the United States Court of Federal Claims

**No. 06-915L**
**(Filed: January 11, 2008)**

* * * * * * * * * * * * * * * * * *
**CHEYENNE RIVER SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * * *

**ORDER**

During the January 11, 2008 status conference, the parties in the above-captioned case represented that they are in the process of beginning settlement discussions and have made progress towards resolution of the case. Accordingly, the parties' joint motion for an extension of the temporary stay of litigation, filed on December 21, 2007, is **GRANTED**. This case will remain **STAYED** until **Thursday, July 3, 2008**, at which time the parties shall file a joint status report indicating the progress they have made towards settlement. The parties shall also consider whether, under Rule 40.2(b) of the Rules of the United States Court of Federal Claims, consolidation of all cases handled by the plaintiff's attorney in this case would be beneficial, and shall inform the court of their decision on or before **July 3, 2008**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge_