# In the United States Court of Federal Claims

**No. 06-915L**
**(Filed: July 8, 2008)**

* * * * * * * * * * * * * * * * *
*
**CHEYENNE RIVER** *
**SIOUX TRIBE,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed July 3, 2008, for an extension of the temporary stay of litigation in the above-captioned case so that the parties may continue settlement discussions is **GRANTED**. Accordingly, the case remains **STAYED**. The parties shall file a joint status report with a proposal for the next steps in this litigation by **Thursday, January 15, 2009.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge