IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEYENNE RIVER SIOUX TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 1:06-00915L<br>Judge Nancy B. Firestone |

**PARTIES' JOINT MOTION FOR LEAVE TO FILE SUPPLEMENTAL JOINT STATUS REPORT OUT OF TIME, AND [PROPOSED] ORDER**

Plaintiff and Defendant (collectively, "the parties") jointly and respectfully make the following motion for leave to file out of time a supplement to their joint status report dated July 3, 2008 (Docket "Dkt." 22). This joint motion is the parties' first such motion. The grounds for this motion are as follows:

1. On January 11, 2008, the Court issued an order in this case, granting Plaintiff and Defendant's joint motion for an extension of the temporary stay of litigation, to and including July 3, 2008; directing the parties to file on or before July 3, 2008, a joint status report; and further directing the parties to "consider whether, under Rule 40.2(b) of the Rules of the United States Court of Federal Claims, consolidation of all cases handled by the plaintiff's attorney in this case would be beneficial" and to "inform the court of their decision on or before July 3, 2008." Dkt. 20.

2. On July 3, 2008, the parties filed a joint motion to extend the temporary stay, to and including January 15, 2009, and a supporting joint status report. Dkt. 22. On July 8, the Court granted the parties' joint motion to the requested date and ordered that the parties file a joint status report on or before that date. Dkt. 23.

3. Through inadvertence of counsel, however, the joint motion and supporting joint status report filed on July 3 did not provide any information about the parties' consideration of consolidating all of the cases filed in this Court by Plaintiff's attorney, as directed in the January 11 Order (Dkt. 20). The parties regret any inconvenience to the Court as a result of their oversight.

4. Now, therefore, pursuant to RCFC 6(b), the parties jointly and respectfully make this joint motion for leave to supplement to their July 3, 2008, joint status report.

5. The granting of this joint motion will serve the public interest by promoting judicial economy and efficiency and providing to the Court information that it has requested. Further, it will not cause any undue prejudice or harm to the rights and interests of the parties herein.

WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

Respectfully submitted this 21st day of July, 2008,

*s/ Brian J. Leinbach, by*
*s/ Jody H. Schwarz, pursuant to*
*written authorization on July 18, 2008*
BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107
P.O. Box 663
Tel: (310) 552-3800
Fax: (310) 552-9434
Email: bleinbach@elllaw.com

Attorney of Record for Plaintiff

OF COUNSEL:

RONALD J. TENPAS
Assistant Attorney General

*s/ Jody H. Schwarz*
JODY H. SCHWARZ
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0245
Fax: (202) 353-2021
Email: jody.schwarz@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD 21797-8440
Tel: (410) 489-4553
Fax: (301) 854-5117

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Email: anthony.hoang@usdoj.gov

GREGORY A. YATES
16830 Ventura Blvd, Suite 250
Encino, CA 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

THOMAS KEARNS
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227