# In the United States Court of Federal Claims

**No. 06-915L**
**(Filed: July 24, 2008)**

* * * * * * * * * * * * * * * * *
**CHEYENNE RIVER SIOUX TRIBE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**ORDER**

The parties' joint motion, filed July 21, 2008, for leave to file out of time a supplement to their joint status report dated July 3, 2008 is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge